SIRKUS BROS., INC., Respondent, *v.* BRINPOL REALTY CORPORATION et al., Appellants.

(Submitted October 19, 1928; decided November 20, 1928.)

*J. Irving Weissman* and *Samuel Rubinton* for appellants.
*Jacob Neumark* and *Ira M. Greene* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.